UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

MARK PEREA,

    Plaintiff,

v.     Civ. No. 17-1254 GJF

NANCY A. BERRYHILL, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## ORDER EXTENDING DEADLINES

THIS MATTER is before the Court on Plaintiff's "Unopposed Motion to Extend Briefing Deadlines" ("Motion") [ECF No. 13]. Having reviewed the record, noting the concurrence of the parties, and being otherwise fully advised, the Court FINDS the Motion to be well-taken and will GRANT it.

**IT IS THEREFORE ORDERED** that the briefing schedule be amended as follows: Plaintiff's Motion shall be filed no later than **July 15, 2018**, Defendant's Response shall be filed no later than **September 14, 2018**, and Plaintiff's Reply and Notice of Completion of Briefing shall be filed no later than **September 28, 2018**.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE