IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARK PEREA,**

    Plaintiff,

v.                                                                                       No.   CIV-17-1254 WJ/GBW

**SOCIAL SECURITY ADMINISTRATION,**
Nancy A. Berryhill, Acting Commissioner of Social Security Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On December 21, 2017, Plaintiff filed a Complaint in this Court seeking review of the Social Security Administration's decision to deny Plaintiff benefits. *Doc. 1.* On July 13, 2018, Plaintiff filed a Motion to Remand to Agency or Reverse (*doc. 17)* the Social Security Administration's adverse decision. That motion was fully briefed on December 31, 2018. *See docs. 16, 17, 28, 31.* On January 22, 2019, the Magistrate Judge filed his Proposed Findings and Recommended Disposition (PFRD), in which he recommended denying Plaintiff's Motion and affirming the Commissioner's decision. *Doc. 32.* Neither party has filed objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 32*) is ADOPTED. Plaintiff's motion is DENIED and this case is hereby DISMISSED WITH PREJUDICE.

_____
CHIEF UNITED STATES DISTRICT JUDGE